IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 18-136-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CHARLES FABIEN IDHEN, | |
| Defendant. | |

FILED
APR 05 2019
Clerk, US District Court
District of Montana - Billings

Before the Court is Defendant Charles Fabien Idhen's motion to suppress statements given to law enforcement on June 11, 2018. (Doc. 23). In response to Idhen's motion, the government stated it does not concede the motion but will not use Idhen's June 11, 2018 statements as either substantive or impeachment evidence at trial. (Doc. 31). Based on the government's position, the Court excludes the statements from trial. Idhen's motion is denied as moot.

DATED this 4th day of April, 2019.

SUSAN P. WATTERS
United States District Judge