FILED
SEP 23 2019
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CHARLES FABIEN IDHEN, Defendant. | CR 18-136-BLG-SPW ORDER |

Upon the United States' unopposed Motion to Seal Exhibit C of their Response to Defendant's Sentencing Memorandum under seal (Doc. 52), and for good cause shown,

IT IS HEREBY ORDERED that the motion to file exhibit C of the United States' response to defendant's sentencing memorandum under seal is **GRANTED**.

The Clerk of Court is directed to file Exhibit C under seal.

DATED this 23rd day of September, 2019.

SUSAN P. WATTERS
United States District Court Judge

1